BARNHARD *v.* VILLAGE OF WHITE CLOUD.

TAXES—PAYMENT UNDER PROTEST—SUIT TO RECOVER—IMMATE-
RIAL VARIANCE.

> In an action, brought by a married woman in her given
> name, to recover taxes paid under protest, it is immaterial
> that the property was assessed to, and the protest signed by,
> the woman under the initials of her husband, with the prefix
> "Mrs.," when the defendant admits that it was not misled
> by the variance.

Error to Newaygo; Palmer, J. Submitted February
18, 1896. Decided March 3, 1896.

*Assumpsit* by Augusta Barnhard against the village of
White Cloud to recover taxes paid under protest. From
a judgment for plaintiff, defendant brings error. Af-
firmed.

*M. Brown,* for appellant.

*W. D. Fuller,* for appellee.

GRANT, J. The proceedings in this case are in all
material points the same as in *Roedel* v. *Village of
White Cloud, ante,* 506. The court below found the
same facts and conclusions of law. One question is
present which was not in that case. Plaintiff carried
on a mercantile business under the name of Mrs. S. P.
Barnhard. Her real name was Augusta Barnhard,
under which name she brought this suit. The assess-
ment, it seems, was in the name of Mrs. S. P. Barnhard,
and the protest was so signed. Defendant insists that no
recovery can be had without an amendment to the decla-
ration. Defendant admits that it was not misled. The
question is too technical to require comment.

Judgment affirmed.

The other Justices concurred.